UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SANTIAGO MARTINEZ, JR., | ) | No. CV 08-1010 ODW (FFM) |
| Petitioner, | ) ) ) | JUDGMENT |
| v. | ) ) | |
| LEE BACA, Sheriff, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: February 28, 2012

_____
OTIS D. WRIGHT
United States District Judge